IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 1:22-CR-00029-001 (LAG) |
| WILLIAM RONALD BULLOCK | |

## ORDER

On October 15, 2024, a Petition for Warrant or Summons for Offender Under Supervision (Doc. 40) was filed with the Court alleging that the defendant violated the terms of his supervised release. On September 10, 2025, the defendant appeared in court for his final revocation hearing. At the hearing the defendant stipulated to having violated the terms and conditions of his supervised release. Following the admission of guilt, the defendant advised the Court that he had been accepted in a long-term substance abuse treatment program; however, no formal acceptance letter was available. As a result, the Court held sentencing in abeyance to obtain confirmation of the defendant's acceptance into the treatment facility.

The Court, having now been made aware of the defendant's formal acceptance into The Anchorage, orders that the defendant's revocation proceeding be held in abeyance pending his successful completion of the treatment program at The Anchorage. Furthermore, the Court orders the U.S. Marshal's Service coordinate the transportation and release of the defendant directly to The Anchorage.

SO ORDERED this  30   day of  September , 2025.

s/Leslie Abrams Gardner

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE

Prepared by: CBH