# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

WILLIAM RONALD BULLOCK

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 1:22-CR-00029-001
USM No. 13797-510
Michael Granims
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1-13 of the term of supervision.

☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Numbers | Nature of Violation | Violation Ended |
|---|---|---|
| 1 – 5 | Illegal use of a controlled substance | June 6, 2024 |
| 6 – 7 | Failure to participate in sex offender treatment | December 14, 2023 |
| 8 | Possession of pornographic/erotic material | March 14, 2024 |
| 9 - 10 | Illegal use of a controlled substance | August 28, 2024 |
| 11 – 12 | Failure to participate in an approved drug treatment program | March 1, 2026 |
| 13 | Illegal use of a controlled substance | March 25, 2026 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 8420

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:

Leesburg
Georgia

August 4, 2026
Date of Imposition of Judgment

S/Leslie Abrams Gardner
Signature of Judge

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

August 24, 2026
Date

DEFENDANT: WILLIAM RONALD BULLOCK
CASE NUMBER: 13797-510

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Time Served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL